**No. 45189.**—Protests 832994–G/85682, etc., of Taiyo Trading Co., Inc. (Chicago).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware similar to that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 45190.**—Protests 42482–K, etc., of Popper Morson Co., Inc., et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

**No. 45191.**—Protest 29762–K of Jean M. Anderson (Boston).

Opinion by KEEFE, J. On the record presented the protest was overruled.

JANUARY 8, 1941

**No. 45192.**—————————Protests 106492–G, etc., of Amrein Freudenberg Co., Inc., et al. Abstract 44889. Plaintiffs' application for rehearing granted.

JANUARY 9, 1941

**No. 45193.**—————————Protest 20423–K of Harry Solodow. Abstract 44763. Plaintiff's application for rehearing granted.

**No. 45194.**—————————Protest 984884–G of Harrison Corporation. C. D. 401. Motion of Government for rehearing granted.

JANUARY 8, 1941

**No. 45195.**—Suit 4252.—————————*United States* v. *E. E. Holler.* Abstract 40807 reversed. C. A. D. 133.

**No. 45196.**—Suit 4297.—————————*F. W. Woolworth Co.* v. *United States.* C. D. 244 affirmed. C. A. D. 151.

**No. 45197.**—Suit 4310.—————————*Lunham & Reeve, Inc.* v. *United States.* C. D. 258 affirmed. C. A. D. 153.